Kenneth Ray MITCHELL,
Plaintiff–Appellant,

v.

SC, State of; Richland CO, all ect, Defendants–Appellees.

No. 12–6612.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 26, 2012.

Kenneth Ray Mitchell, Appellant Pro Se.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Ray Mitchell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mitchell v. S.C.*, No. 3:12–cv–00153–CMC, 2012 WL 786345 (D.S.C. Mar. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED.